BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2972 |

## NOTICE OF OPPOSITION TO CTO-1

Pursuant to JPML Rule 7.1(c), Defendant President and Fellows of Harvard College ("Harvard") in the case of *Cohen v. Blackbaud, Inc., et al.*, No. 2:20-cv-01388-JCC, currently pending in the U.S. District Court for the Western District of Washington, submits this notice of opposition to Conditional Transfer Order (CTO-1). Harvard will file a motion to vacate, with supporting memorandum of law, in the time required by JPML Rule 7.1(c).

DATED: December 23, 2020            **JENNER & BLOCK LLP**

By:   s/ Amy M. Gallegos
Amy M. Gallegos
Attorney for Defendant
President and Fellows of Harvard College
E-mail: agallegos@jenner.com

**JENNER & BLOCK LLP**
Lindsay C. Harrison
lharrison@jenner.com
Noah B. Bokat-Lindell
nbokat-lindell@jenner.com
1099 New York Ave. NW, Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
Facsimile: (202) 639-6006

**JENNER & BLOCK LLP**
Amy Gallegos
agallegos@jenner.com
Kate T. Spelman
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Tel.: (213) 239-5100 / Fax: (213) 239-5199

**MURPHY PEARSON BRADLEY & FEENEY**
Nicholas C. Larson (WA Bar No. 46034)
nlarson@mpbf.com
1455 NW Leary Way
Suite 400
Seattle, WA 98107
Telephone: (206) 489-5113
Facsimile: (206) 489-5101

*Attorneys for Defendant*
*President and Fellows of Harvard College*